Ashley J. McDonald, OSB No. 153862
ashley@slindenelson.com
Joseph M. Mabe, OSB No. 045286
joe@slindenelson.com
SLINDE NELSON
425 NW 10th Avenue, Suite 200
Telephone: (503) 417-7777
*Of Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **RICHARD BELL**,<br>    Plaintiff,<br><br>    v.<br><br>**MICHAEL J. DAVIS a/k/a JAMES MICHAEL DAVIS, an individual; BIGADO NETWORKS INCORPORATED, an Oregon corporation; MJ CONSULTING SERVICES, INC., an Oregon corporation operating under a/b/n EZ TICKET; and EZ TICKET, LLC, an Oregon limited liability company,**<br>    Defendants. | Case No.: 3:19-cv-00912-JR<br><br>Plaintiff Richard Bell's<br>NOTICE OF APPEAL<br>to the United States Court of Appeals<br>for the Ninth Circuit |

Pursuant to Federal Rule of Appellate Procedure 3(c)(1), notice is hereby given that Plaintiff Richard Bell ("Bell") hereby appeals to the United States Court of Appeals for the Ninth Circuit in the above captioned action from (a) the Opinion and Order denying default judgment and dismissing Bell's claims (ECF No. 24), and (b) the final judgment entered on December 31, 2019, (ECF No. 25), attached hereto as **Exhibit 1**, including any associated orders, which dismissed Bell's claims and motion for default judgment.  Pursuant to Ninth Circuit Rule 3-2, Bell's Representation Statement is attached here to as **Exhibit 2**.

Dated: January 27, 2020

                            SLINDE NELSON

                        By:   */s/ Ashley J. McDonald*
                                Ashley J. McDonald, OSB No. 153862
                                ashley@slindenelson.com
                                Joseph M. Mabe, OSB No. 045286
                                  *Of Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff Richard Bell's NOTICE OF APPEAL on:

Michael J. Davis
2432 SE Morrison Street
Portland, OR 97214

*Individually and as Registered Agent for and EZ Ticket, LLC*

Michael J. Davis
234 NE Cleveland Ave., #2
Gresham, OR 97030

*Individually and as Registered Agent for Bigado Networks Incorporated and MJ Consulting Services, Inc.*

by **US FIRST CLASS MAIL**.

Dated: January 27, 2020

SLINDE NELSON

By:   */s/ Ashley J. McDonald*
       Ashley J. McDonald

PLAINTIFF'S NOTICE OF APPEAL – 3